**DISMISS; and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00548-CR**
**No. 05-15-00549-CR**

**DADRIANNE NICHOLE TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-70784-H, F13-55178-H**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150548F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DADRIANNE NICHOLE TURNER,
Appellant

No. 05-15-00548-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F11-70784-H.
Opinion delivered per curiam before Justices
Fillmore, Myers, and Evans sitting for the
Court.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of July, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

DADRIANNE NICHOLE TURNER,
Appellant

No. 05-15-00549-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F13-55178-H.
Opinion delivered per curiam before Justices
Fillmore, Myers, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of July, 2015.